WILLIAM JOSEPH DELEHANTY, Respondent, v. MAX BARR, Defendant, and ADOLPH BARR, Appellant, Copartners, etc.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

HUGH J. DOUGHERTY, Respondent, v. THOMAS S. HOY, Appellant.— Judgment of the City Court of New Rochelle reversed, and new trial ordered, costs to abide the event, upon the ground that the decision was contrary to the weight of evidence. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

LOUIS GROSS, Respondent, v. CHARLES NICOLL, Appellant.— Judgment and order of the County Court of Orange county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

THOMAS HANSEN, Respondent, v. TURNER & BLANCHARD, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Blackmar, JJ.

FRANK P. HYNES, Respondent, v. HAGEVILLE REALTY COMPANY and ADOLPH A. HAGEMAN, Appellants.— Judgment and order reversed, with costs, and complaint dismissed, with costs. There is no evidence impairing the good faith of the mortgagee in taking possession of the mortgaged chattels. This court does not pass upon the legality of the sale. If it was illegal, the plaintiff has other and appropriate remedy. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of WALSTON H. BROWN, as Executor, etc., of FRANCES A. HACKLEY, Deceased, Respondent. PROCTOR ACADEMY, Appellant.— Decree of the Surrogate's Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

In the Matter of Supplementary Proceedings: RAY REISENBURGER and LOUIS J. ALTKRUG, Respondents, v. ISAAC CORSUN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of Proving the Last Will and Testament of WILLIAM TITUS, Deceased.— Decree of the Surrogate's Court of Nassau county affirmed by default, with costs. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

ANNIE KEITH, Respondent, v. SNARE & TRIEST COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J. Thomas, Stapleton, Mills and Rich, JJ.

FRANK KEITH, Respondent, v. SNARE & TRIEST COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

LILIAN SMITH LEWIS and Others, Appellants, v. DAVID F. BUTCHER and ADONIRAM J. POWELL, Individually and as Trustees, etc., and FREEBORN G. SMITH, Respondents. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.